IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT

Ako K. Burrell

VS

Joseph North

Complaint

Docket #: _____

_____ Defendants

## I. PLAINTIFFS COMPLAINT

Plaintiff AKO K. BURRELL, Pro Se, for their Complaint State as follows:

### II. Parties, Jurisdiction & Venue

2. Plaintiff was Confined in the New York State Department of Corrections and Community Supervision (hereinafter DOCCS) Attica, 639 Exchange from May, 2018 - Febuary 20, 2020. Plaintiff is Currently Confined in Upstate CIF, 309 Barehill Road, Malone, ny 12953.

3. Plaintiff AKO K. BURRELL is and was at all times mentioned herein, an adult citizen of the United States and a resident of the State of New York.

(Page one)

4.) Defendant(s) Josepha North, was at all times relevant, the Superintendent of ACF, and responsible for the Plaintiffes welfares.

5.) Defendant(s) White, was a Captain at all times relevant to the complaint, and was responsible for the Plaintiff welfare.

6.) Defendant(s) Rezdeey was at all times relevant, a Correctional officer, at ACF, and was responsible for Plaintiff welfare.

7.) Defendant Fox, was at all times relevant a Sergeant at ACF, & was responsible for the welfare of Plaintiff.

Defendant Synder was at all times relevant a Sergeant at ACF & was responsible for the welfare of Plaintiff.

8.) Defendant Cee, was at all times relevant, a Correctional Officer at ACF, and was responsible for Plaintiff welfare.

Defendant McGinjey, was at all times relevant, a Correctional officer at ACF, & was responsible for Plaintiff welfare.

9.) Defendant Ellis, was at all times relevant, a Correctional Officer at ACF, & was responsible for the welfare of Plaintiff.

10.) Defendant Syklooey, was at all times relevant a Correctional officer at ACF, & was responsible for the welfare of Plaintiff.

11.) Defendant Hodges, was at all times relevant a Captain at ACF, and was responsible for the welfare of Plaintiff.

12.) Defendant McCullah was at all times relevant a Vocational Instructor, at ACF, and was responsible for the welfare of Plaintiff.

(Page Two)

III. Previous Law Suits By Plaintiff

13.) Plaintiff has filed other lawsuits dealing with the same facts involved in this action.

14.) A TORT under New York State Court of Claims: Unlawful Confinement; Assault & Battery. The Parties to the Previous lawsuit(s) were Plaintiff AKO K. Burekk and Defendants Whitty Noeth, McCulloch, Hodges, Dezdek, Ridden, McJury, Lee Sysok/les/Fox in the state of New York Court Claims, Docket Numbers: 134018 & 134109, under Richard Sise. The case is still pending trial. The lawsuit was filed on January 14, 2020; November 22, 2019; & December 09, 2019. (See Exhibit A)

IV. Exhaustion of Administrative Remedies

15.) I used the Prisoner grievance Procedure in this institution to try to solve my Problem on October, 2019. I presented the facts relating to my complaint in the state Prisoner Grievance Procedure got denied (See Exhibit(s) B & D).

V. Statement of Claim

Plaintiff reallage and incorporate by reference Paragraphs 1 - 16 herein.

(Page Three)

(17.) At all relevant times herein, defendants were "Persons" for the Purposes of 42 USC Section 1983 and acted under color of law to deprieve Plaintiff of his Constitutional rights, as Set forth more fully below.

## VI. Statement of Facts

18.) On or about September 27, 2019, Plaintiff was admitted to SHU upon admission, Plaintiff requested a Phone Call, Pursuant to Correction Law 137(9). Defendant Fox, denied Plaintiff Phone Call(s). On or about November 08, 2019, Plaintiff got the admission Call, he was entitled to, within 24 hours of SHU admission

19.) Defendant McCulloch, Conducted a Tier III Disciplinary Hearing. On or about October 18, 2019. Defendant Delegate, to Conduct a Misbehavior Report (herein after MBR), by Defendant Baker (SGF). For DOCS Charges: 107.11; 106.10; 113.20; 113.21; & 107.20. This hearing was Conducted outside the Scope of Dir. 4930 of Title Seven 7 of New York Codes; Rules; & Regulations (herein after NYCRR 7), causing Jurisdictional defects, violating Plaintiff Due-Process right of NYS Constitution Article 6; I.

20.) Plaintiff requested for inmate Pressley to testify, due to the relevancy of being mentioned in the report. Which was denied. Pressley would have Corroborated allegations of assaulting him or denied them

(Page Four)

21.) Defendant Sgt. Bake MBK, fabricated allegations, Plaintiff possed a weapon & was making slashing motions, at the head of Pressley, which resulted in a 4" inch lacration on Pressley, chin area, in the C-block ACF, rec yard, on or about September 19, 2019.

22.) Defendant McCulloch denied Pressley, as his testimony would be "redundant." McCulloch then, called for defendant Baker to testify, & he wrote the report, Plaintiff objected as Baker writing the report, & testifying as "redundant", Baker re-iterated the report. (See Exhibit E)

23.) Defendant McCulloch, conducted the hearing and rendered a guilty disposition for all charges and imposed the following sanctions: 120 Days SHU; 120 Days loss of PKg(S); 120 Days loss of Commissary; & 120 Days loss of ~~Phones~~ Phones.

24.) On or about Defendant                      conducted a Tier II hearing, and found Plaintiff guilty of charges: 107.10; 106.10; 112.20; & 112.21, a 20 Day keeplock (hereinafter KL) was issued. On or about October 30, 2019, a Tier II hearing was held for charges of 104.13, 107/10 & 107.20, a 70 Day KL sanction was imposed.

(Page Five)

25.) On or about October 24, 2019 James O'Gorman Deputy Commissioner of DOCS, reversed McCulloch guilty disposition, and expunged the MBR from Plaintiff record, based off the denial of Pressley exculpatory testimony. (See Exhibit E)

26.) On or about October 22, 2019, at approximately 4:00 pm Defendant Correction officer Pezdek at ACF to Plaintiff to "let me see that big black cock, I see your bugle, and your packing". Lipsyncing the gesture, while licking his lips seductively at Plaintiff.

27.) Plaintiff was housed in the SHU of ACF, in the Reception Building fourteen cell of the C-East Unit. Plaintiff was inside his cell when Pezdek made this request. Plaintiff asked about missing laundry and requested for Pezdek to stop sexually harassing him

28.) Pezdek became irate and stated "Your going to get yours, come out for your shower I dare you, I'm going to see that cock right in the shower, than the vestibule".

29.) Reverend Tomlinson, of ACF, was conducting a tour & speaking with prisoners, Plaintiff stopped Rev. Tomlinson & informed him about Defendant Pezdek sexually exploits. He wrote my name down & stated "I'll let the Sgt Know, be safe".

(Page Six)

30) Plaintiff requested, for the sgt. to substitute Pezdek for his shower escort, as well, for fear of his safety. Pezdek has a reputation of assaulting prisoners during shower escorts, due to vulnerability of restraints. Plaintiff was then brought out for the shower, Defendant Pezdek began to pat frisk him and grope his penis and fondle his testicles, and squeezed his buttocks.

31.) Plaintiff immediately felt ashamed, embarrassed, humiliated, Plaintiff is a hetero-sexual, so these acts were violating him in his essence, Plaintiff entered the shower and Defendant Skoczylas issued a two(2) minute warning to Plaintiff (that the shower ends in 2 minutes). Pezdek stood outside the shower and watched Plaintiff exit the shower and dry his body off with a towel, groping his penis licking his lips. Plaintiff told Pezdek to move away from his line of vision, and excuse his nakedness, while he dried off his body off with a towel.

32.) Plaintiff was then escorted back to his cell, by Pezdek and Skoczylas, and notice his religious pendant was missing, rushing to stop Pezdek assault, and expressed fear of it being stolen. Pezdek and Skoczylas slammed Plaintiff into the wall of the C-East linear tier forcefully causing injury to Plaintiff left ear, and groped by his anus again by Pezdek.

(page seven)

33.) Plaintiff was physically examined by Defendant sgt. Synder and a John Doe nurse. Plaintiff informed Synder of the request via Rev. Tomlinson to Arrest Pezdek assaulting Plaintiff, by substituting his officer escorts and the premediated attack.

34.) Synder replied "Yeah, I was coming to speak to you about that, listen, drop the PREA on Pezdek with Tomlinson, and tell him its resolved and mistaken (exaggerated even), no harm no foul or your going on shower deprivation think my threat is idle." Synder placed Plaintiff on shower deprivation from October 22, 2019 - October 31, 2019.

35.) Synder ordered to SKOCRYLAS "Listen your going to have to write this Fucker up because Pezdek cant for obvious reason(s), he reported a PREA on him but not you, so it won't look like a reprisal, the shift put a violent conduct on there to bump it to a Tier III and I'll do the unusual incident report (See Exhibit G)

36.) On or about October 30, 2019, a Tier hearing was conducted by Defendant Hodges, a delegate for Noether to conduct a Superintendent Hearing, in the matter of the report Defendant Skocylyzas wrote, under the direction of Synder, in retaliation of a PREA Filed against Pezdek October 22, 2019. The charges were as follows: 106.10; 104.11; B 104.13.

(Page Eight)

43.) Plaintiff had his religious Pendant Stolen due to Pezdek distracting him to the emotional and distress leaving it in the Shower. Plaintiff Ordered a Replacement from Sunshine Jewelry. Defendant(s) Woeth, Fox, and White denied Plaintiff a replacement Pendant.

44.) Plaintiff received a Kosher diet the tenure of SHU are the 46 Days in SHU. The apple Sauce Plaintiff received was Expired and Informed ~~Defendant~~ Ellis to Provide me a Substitute, everytime, and he Refused to Contacts Defendant John Due Food Service Administrator to Stop Providing me with Expired apple Sauce.

## V. Exhaustion of Administrative Remedies

#4.1 , Plaintiff Exhausted all of his Administrative Remedies in this matter (See Exhibit J; Plaintiff Enrolled readiness for trial on these matters, in lower Court as well. (See Exhibit B->), and have not received a Response.

Plaintiff Suffered rectum split neck Strained insanity, 200 Stitches on Lip, (Pezdek) . Hodges Tier hearing was Expunged and reverse. (See Exhibit I).

(Page Nine)

4(6.) Plaintiff notice his Kosher Meal was missing and his long sleeve shirt and by his Kosher meal was his vest, there was a white protuding item from the vent. I recovered this item and gave it to a John Doe Civilian conducting religious interviews, who returned the weapon, and told Plaintiff "flush it, I'm going to report this now" (See Exhibit H)

4(7.) On or about November 06, 2020, Defendant(s) Roberts, Lee, and Fox approached Plaintiff cell. They stated they were there to conduct a cell search of Plaintiff. While they conducted this search Roberts yelled "I can't find it, where it is" Defendant Fox and Lee assumed it fell into the inner-linear of the Cat Walk, and went there to retrieve it, they yelled to Roberts "Nothing here", Lee Stated "I put the shit right here, What fuck;" Roberts and Fox said "We got to get this fucker, Foett said he brought this OST down or prea, and he got Baker and McCullich ticket reversed"

4(8.) On or about November 05, 2020 Plaintiff seeked to attend the 5th rec-yard, and Defendants) Fox, Lee, Roberts, & Shelby, ordered Plaintiff to get up at 5:30 am. Fox statute "No, Noett said it was going to keep his loss from doing this rec shit". Plaintiff was placed in the rec yard, ordered to remove his socks and shoes, his hat and was given shower shoes by Roberts. Plaintiff remained in the rec yard from 5:30am, until 12:50 Pm, Freezing, Causing frost bite.

[Page Ten]

You, Hodges, Found Plaintiff guilty on the record and imposed the following Sanctions; SHU to Commenced January 23, 2020 - May 08, 2020.; Loss of Packages March 26, 2020 - May 10, 2020. March 26, 2020 - May 10, 2020. Plaintiff made an objection to the enerous Calculation of these Sanctions, and Hodges stated "The HO has twenty-four (24) hours after conclusion of the hearing to render the disposition. Therefore, you will receive an amended disposition in the next 24 hours, have a nice day." Plaintiff never received the witness interview notice form.

41.) Plaintiff never received the Amended disposition, Plaintiff filed an appeal to Doccs Commissioner Anucci Pursuant to 7Nycrr Dir. 4932. On or about January 09, 2020. Anr. D. Venottozzi, Director of SHU, reviewed & reversed Defendant Hodges disposition, and expunged all references from Plaintiff(s) institutional record.

42.) On or about October 30, 2019, Plaintiff exited his Cell-14 of the SHU to attend a hearing While at this hearing Defendant Lee entered Plaintiff Cell without any authorization from a Sgt.; Deputy of Security or any legal Penological legitimate interest of Justification. Lee placed a Sharpend facility toothbrush that was altered into a Dangerous Instrument under the Penal Law of New York Detition it was an "ICE-PICK" (See Exhibit H)

(Page Klevens)

37.) Hodges conducted the hearing arbitrarily, with malicious intent to confined Plaintiff to SHU. Hodges stated " Listen, you done Pissed North off, he told me to do this hearing, to get you at least 45 Days SHU, to get you the fuck out our hair with this PREA shit, that makes you eligible for transfer out of here, so I'm helping you out but your disposition done, I gave you 45 exactly, I could've hammered You, so I can get the fuck out this hot ASS room.

38.) Plaintiff received a copy of this disposition I then informed Hodges, I received an expungement over my previous SHU sanctions on October 25, 2019. Hodges stated well this is what reflects. I Produced the expungement from DOCCS SHU Director 8MC 17. Venettozi, Hodges stated "ok, shit, well it's happened, so fuck it.

38.)       Plaintiff viewed the video of incident of October 22, 2019, at 4:00 Pm with Pezdek and Sykocius. The video depicted Pezdek approached Plaintiff cell with laundry, and the exchange Previously mentioned Rev. Tomlison, is seen walking, and Plaintiff is reporting the PREA, and requesting a substitute escort, Pezdek and Skoyclas Pat frisk, escort, the under two minutes, he was present (2) minutes before to watch Plaintiff exit the shower and dry off, Pezdek under to placed the razor, and the escort from the shower, and the slamming of Plaintiff(s) requested for Rev. Tomlinson, as conducie and coorborated the Pre mediated potential of this assout and fabricated incident. Hodges denied Plaintiff this witness.

(Page Thelerve)

VI. Statement of Claims

4(a) Defendant(s) Noeth; retaliation to get Plaintiff to drop his PREA with Hodge; Snyder; fox; scruggs; violated Plaintiff(s) 1st; 8th; & 14th Amendment Pursuant to the U.S. Constitution.

50.) Defendant(s) Noeth; unlawful Confinement, due to the keep lock 3-2 day ration Plaintiff was entitled to have Counsel; Placing Plaintiff on keeplock after the December 09, 2021 release; violated Plaintiff; 1st; 5th; 8th; & 14th Amendment rights; Pursuant to the U.S. Constitution.

51.) Defendant(s) Noeth; conspiring with Ulberg; Lee; fox; & ridding Placing Plaintiff in the rec Yard from 5:30 am - 12:00 Pm; Causing frost bite; ruining his hand; shoes; and coat; to drop his PREA against Parole; violated Plaintiff 1st; 8th; & 14th Amendment, not Pursuant to the U.S. Constitution.

52.) Defendant(s) Noeth; Placing the shield order depravitors; the Shield depravitors; in retaliation the Plaintiff PREA; violated 1st; 8th; & 14th Amendment rights; Pursuant to the U.S. Constitution.

53.) Defendant(s) Noeth; Fox; & Peredek; Denial of Plaintiff religious articles; Amendment rights; Pursuant to the U.S. 1st; 8th; & 14th Constitution.

54.) Defendant(s) Peredek; Sexual Conduct; exploitation of his security to sexually assault; watch Plaintiff in Shower; request to see Peis; denial of Ladner; Premedited Shower abrey due to Peis Exposure denial; Asl-

55.) Defendant(s) Pet Dek; Frisk; & Schyler failure to stop Tuzlek; Meek; Slamming Plaintiff against wall Causing detagential; cause; & meek; injuries as of later

56.) Defendant(s) Pet Dek; Informing all ACF; Staff about Plaintiff PREA report against Lee; Peredek the DEPRIVATION ORDER; Shield; for Plaintiff drop the

57.) Defendant(s) Lee; exploitation of his Correctional Officer's Sharp; Shield; incite; Hodges; Injury; Snyder; Eng; Fox; Eng; Streder; Timothy White; Roberts; acting on his Behalf of arc;

58.) Defendant(s) Lee; 1st; Johndoe (FOIA; Lcoos); violated White; Sum; to the U.S. Constitution. 5th; 8th; & 14th Amendment rights; Pursuant Defendant; Lee; 8th; & Roberts; Placing a weapon on October; Plaintiff 2019; & a Subsequent Search on Oct 11-01-19 to recover the weapon and write Plaintiff a fabricated order; violated Plaintiff; 1st; 8th; 5th; 8th; & 14th Amendment rights; Pursuant to the U.S. Constitution.

59.) Defendant(s) Fox, Denial of SHU [24]; Admission 15 mins Phone calls Pursuant to New York State Correction Law 138(9) from 09-27-(2019) = Until November 08/2019, Was atypical & Signature print Hodges every other Prisoner was

60.) Defendant(s) Snyder, Scheme & Identify violated Plaintiffs, Sue suant to the Amendts Rights, Pur the U.S. Constitution.

61.) Defendant(s) Roberts(s): Cell Search on November 01, 2019, with Fox and Lee, to retaliate against Plaintiff with a Motive where to Right. in the below 12" weather with no heat & Defendant(s) White/Cont & show Slows violated 1st, 8th & 14th

62.) Defendant(s) McCulloch, Arbitrary decision to deny inmate Pressley testimony as Redundant; as a witness to testify that Plaintiff did not cut him and did not Possess (weapon) but to all Sgt Baker violate Plaintiff

63.) Defendant(s) Hodges, to reinstate his fabricated MBR; violated Plaintiff Arbitrary to have a guilty disposition of 45days to ensure that Plaintiff be transferred from the facility, the water disregard at the disposition errors, because it costs hot; Amendment Rights Pursuant to U.S. violated Plaintiff, 1st, 5th 8th & Constitution

64.) Defendant(s) Food Administrator John Doe, Consisting Serving Spoiled apple sauce (or fruits), Caused Plaintiff to lose 46 Pounds 42; and ignoring Pleas and Defendant McCul, water disregard, violated Plaintiff 1st, 8th, 14th Amendment Rights, Pursuant to the U.S. conflict on Pla-

65.) Defendant(s) Sykocles, MBR; to Cause a retaliation Defendant Plaintiff for reporting PREA on Pressley was a Co-Conspirator Snyder, Scheme to have MBR; to suppress Plaintiff Pressley assault as well as failure to protect Plaintiff Pressley

66.) Defendant(s) Baker, Fabricated MBR; and direct lie, Plaintiff cut inmate Pressley; as Plaintiff Possessed a weapon, but no weapon was recovered, and the Expungement of the MBR, due to irregularities, Sgt. Baker to conduct a real investigation there was no support, the MBR; was expunged from our diligence beyond her negligent; Sgt. Baker, and C.O. Sykocles, actions, violated Plaintiff; 1st, 5th, 8th & 14th Amendment Rights, Pursuant to the U.S. Constitution

(Page Thirteen)

VI. Prayer for relief.

WHEREFORE, Plaintiff Swears under the Penalty of Perjury of the following is, Pursuant to CPLR 2106.

(a) First Count; Judgment against Defendants x full Pay, including a Pro rata rate of $282.00 Per day of unlawful Confirmet, along with Compensitory damages as well as Punitive charges, in the Sum of (2.5) Two. Point - five million dollars $2,500,000.00.

(b) Second Count; Judgment against for Violating U.S. Constitutional Amendmet Rights, that Prootected Plaintiff, compensatory & Punitive damage

(C) Third Count; Judgment against Defendant(s) for Violating New York State Correction Law; New York Codes, Rules, & Regulations; Title Seven(7) Compensatory damages, Costs; & Punitive charges; along with Such other relief as this Court deems Just and Proper,

By: Ako Burrell

Dated; June 26, 2022

Respectfully Submitted

A. Burrell

Pro-se; 109 Barnhill Rd
Malone NY 12953.

( Page Fourteenth )

The violation of 18 U.S.C. 1962(b), the acquisition,
maintenance of the interest in a control of the
enterprise;

# Exhibit



A

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK)

COUNTY OF CLINTON)ss.:

<u>AKO K. BURRELL</u> being duly sworn, deposes and says:

That I am the person named herein and make this Affidavit of Service to establish service upon the below named parties pertaining to **CERTIFICATE OF READINESS FOR TRIAL** in a sealed envelope and placed in a U.S. postal box located at Clinton Corr. Fac., Box 2001, Dannemora, New York 12929, and served upon the below named parties.

HON. RICHARD E. SISE

ROBERT ABRAMS BUILDING

FOR LAW AND JUSTICE

BOX 7344,CAPITOL STATION

ALBANY, NEW YORK 12224

Sworn to before me this

28th Day of _MAY_____,2020

JOHN ANDREW FARRELL
Notary Public, State of New York
No. 01FA6381949
Qualified in Clinton County
Commission Expires 10/15/20 22

<u>STATE OF NEW YORK: COURT OF CLAIMS</u>

AKO BURRELL,

                            **Claimant.**

TORT

Claim No. *13401 & 134109*

HON. RICHARD E. SISE

                -VS-

THE STATE OF NEW YORK,

                            **Defendant.**

_____

(PURSUANT TO C.P.L.R. 3402;N.Y. COMP.CODES R & REGS. TIT. 22§206. 12)

NOTICE OF ISSUE

CALENDAR NO. *2019 - 2020*

CLAIM NO. *134018 & 134109*

NEW YORK STATE COURT OF CLAIMS

                                NOTICE FOR TRIAL

FILED BY AKO BURRELL FOR AKO BURRELL

DATE CLAIM FILED: *11-22-19 & 12-09-19*

DATE CLAIM SERVED: *12-26-19 & 01-09-20*

DATE ISSUED JOINED: *01-15-20 & 01-21-20*

STATE OF NEW YORK: COURT OF CLAIMS

AKO K. BURRELL,

                Claimant                            TORT

-VS-


THE STATE OF NEW YORK,

                Defendant.

_____

PURSUANT to C.P.L.R. 3402; N.Y. Comp. Codes R & Regs. Tit 22 §206. 12


CERTIFICATE OF READINESS FOR TRIAL

1. All proceedings served and filed            Complete


  2.  bill of particulars served and filed.      Complete

  3.  physical examinations completed.      Waived

  4.  medical reports filed and exchanged    Not Required

  5.  expert reports filed and exchanged    Complete


  6.  discovery proceedings now known to be necessary to be completed.
    7.  there are no outstanding requests      Not Required

  8.  there has been a reasonable opportunity to compete the foregoing proceedings.

9. there has been compliance with any order issued pursuant to section 206.10 of this part

10. opportunity for disclosure has been had not exploited.

11.  the action is ready for trial.


Dated: May __28__,2020


                                    Demand Jury Trial



                                       AKO BURRELL #17b2994
                                       CLINTON CORR. FAC.
                                       P.O. BOX 2001
                                       DANNEMORA,N.Y. 12929



Sworn to before me this
28th Day of __MAY__,2020



NOTARY

        JOHN ANDREW FARRELL
      Notary Public, State of New York
          No. 01FA6381949
        Qualified in Clinton County
    Commission Expires 10/15/20__22

## VERIFICATION

STATE OF NEW YORK)

COUNTY OF CLINTON)ss.:

AKO BURRELL, being duly sworn, deposes and says that he is the Claimant in the within pro-

ceeding; that he has read the foregoing **CERTIFICATE OF READINESS FOR TRIAL** and knows the

contents thereof; that the same is true to his knowledge, except as to the matters alleged

therein on information and belief and that as to those matters he believes them to be

true.

Clinton Corr. Fac.

P.O.BOX 2001

Dannemora,N.Y.12929

Sworn to before me this

2 5th Day of ___May___ ,2020

NOTARY

JOHN ANDREW FARRELL
Notary Public, State of New York
No. 01FA6381949
Qualified in Clinton County
Commission Expires 10/15/20 22

# Exhibit

# B

76658-19

A. Burrett, #13290
ACF, P.O. Box 149
Attica, NY 14011-0149
Date; 11-20-19

RECEIVED

NOV 20 2019

ATTICA CORR. FACILITY
SUPERINTENDENT'S OFFICE

Superintendent

RE! complaint

Dear Noeth,

    I have a religious Pendant at the Pkg - Room, The SHU Staff are denying my right to Practice my Faith I ask You inform them that I may have this item,

    Also, I would like a Copy of my "Mail Watch" Order is by Your office.

Respectfully,

A. Bull

A. Burell # 17B2994
16 450-19 ACF, P.O. Box 149
COC RB-CE-14
Date: 10-24-19

I GRC

RE: Grievance / CODE 49

To Whom it concern,

I write, because Sgt. Synder Place me on a Deprivation of Shower's, in retialiation of me Filing a PREA complaint on Officer Perdek. Sgt. Synder, Failed to Provide Good Cause Why I was Placed on this Oder. Sgt. Synder, told me if I Signoff on my PREA complaint he will Sign off on my Shower Deprivation.

Resolution: I would like the Deprivation order for my Showers to be lifted. I also would like any form of Retialiation to be resisted by this Sgt. Snyder.

**INMATE GRIEVANCE COMPLAINT**

Grievance No.

76457-19

Attica _____ CORRECTIONAL FACILITY

Date: _____

Name: AKO K. Burrell     Dept. No.: 17B 2994 Housing Unit: RB-CE-14

Program: _____ AM _____ PM

***(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) I have been held on a Shower Deprivation beyond the required 7 days week. Officer Norton stated "that's wrong, you have to miss 7 showers". The Directive 4933 states 1 week, unless a renewal. No renewal was made, this error was made based off a misinterpretation of Directive 4933, by this officer & his supervisor. Inmate has dry blood & open wounds that are infected, he has a bloody clogged nose & left ear, due to not being able to shower.

Grievant
Signature: AKO Burrell

RECEIVED
NOV 0 6 2019
ATTICA CORR. FACILITY
INMATE GRIEVANCE

Grievance Clerk: _____     Date: _____

Advisor Requested ☐ YES ☐ NO     Who: _____

Action requested by inmate: I request the Shower Deprivation order & renewal be produced, as well as an immediate stop of the Shower Deprivation order.

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____     Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

*24 wants deprivation order copies*

| | Grievance No. |
|---|---|
| | 76457-19 |

Attica

_____ CORRECTIONAL FACILITY

Date: 11-1-19

Name: A. Burrell    Dept. No.: 17B 2994   Housing Unit: RB-CE-14

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) The SHU Supervisors, refuse to Furnish the Deprivation order, & Cell Shield order. They had 24 hours to Furnish this document, & have yet to do it.

Grievant
Signature: A. Bll

RECEIVED

Grievance Clerk: _____    Date: _____

NOV 0 4 2019

Advisor Requested  ☐ YES  ☐ NO   Who: _____

ATTICA CORR. FACILITY
INMATE GRIEVANCE PROG

Action requested by inmate: I would like Copies of the Deprivation order, & Cell Shield order.

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
_____ time limit may be requested under Directive #4040, section 701.6(g).

**Response of IGRC:** Grievance is DENIED.

Per Sgt. F... Grievant has been given copies of the deprivation orders.

Per Directive #4040 §701.5 (b)(2)(ii)(a) this grievance was heard in absentia because grievant was in the SHU/Long Term Keep Lock.

NOV 1 3 2019

Date Returned to Inmate: _____     IGRC Members: _____ AOKzupl S₃L

_____ OREA

Chairperson: _____

_____

Return within 7 calendar days and check appropriate boxes.*

[ ] I disagree with IGRC response and wish to appeal to Superintendent.

[ ] I agree with the IGRC response and wish to appeal to the Superintendent.

[ ] I have reviewed deadlocked responses. Pass-Thru to Superintendent.

[ ] I apply to the IGP Supervisor for review of dismissal.

Signed: _____          _____
                 Grievant                              Date

_____          _____
   Grievance Clerk's Receipt              Date

_____

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent: _____
                                                                         Date

Grievance forwarded to the Superintendent for action: _____
                                                                                          Date

* An exception to the time limit may be requ...

FORM 2131E (9/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

code 26  KL Sanctions

Grievance No. 76820-19

_Attica_ CORRECTIONAL FACILITY

Date: 12-16-19

Name: A. Burrell    Dept. No.: 17629## 

Housing Unit: B-18-07

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) I was imposed with a Keeplock disposition on 10-17-19, I was Pre-hearing Confined in the SHU on 10-15-19. Pursuant to Directive 4933; 301.6 Keeplock Admission (C) "When Keeplock Sanction is imposed it is Served in a SHU cell, Service of the Sanction will be created at the rate of three days for every two days served in the SHU Cell." Therefore I served my 80 day Keeplock disposition, Prior to any SHU disposition, On 10-30-19, I received a 45 SHU disposition The Attica DSS is unlawfully Confining me, I was released from the SHU on 12-18-19 So I should have a SHU release date of 12-17-19. My Sanctions are miscomputed.

Grievant
Signature: A. Burrell

RECEIVED

Grievance Clerk: _____ Date: DEC 17 2019

Advisor Requested ☐ YES ☐ NO    Who: _____

ATTICA CORR. FACILITY
INMATE GRIEVANCE

Action requested by inmate: I write request to be released from Keeplock Immediately, due to my disposition is erroneously, & this is unlawful Confinement.

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (REVERSE) (9/12)

**Response of IGRC:** Grievance is DISMISSED & CLOSED.

Per Directive #4040 §701.5 (b)(4)(i)(a) The IGRC may dismiss and close a grievance after a hearing if it determines, by majority vote (3 of 4) that the grievant is seeking a decision or an appeal of a decision otherwise attainable through the established procedures for disciplinary and time allowance committee proceedings.

Per Directive #4040 §701.5 (b)(2)(ii)(a) this grievance was heard in absentia because the grievant is in SHU/Long Term Keep Lock.

Date Returned to Inmate: DEC 1 8 2019          IGRC Members: _____

Chairperson: _____

Return within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Signed: _____          _____

          Grievant                                                    Date

_____          _____

          Grievance Clerk's Receipt                              Date

_____

***To be completed by Grievance Clerk.***

Grievance Appealed to the Superintendent: _____

                                                              Date

Grievance forwarded to the Superintendent for action: _____

                                                                              Date

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

*Wants Whites &*
*removal from SHU*

Grievance No. 76781-19

_Attica_____
CORRECTIONAL FACILITY

Date: _12-09-19_

Name: _A. Burrell_____    Dept. No.: _17B 2994_  Housing Unit: _RB-CE-14_

Program: _____    AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) _Sgt. fox, informed me, last week, that a modification was made to my disciplinary sanctions, giving me a release date for 12-09-19. I was again informed by Sgt. fox that I would be removed from the SHU on 12-09-19. I packed all my items, & disposed of my whites, & I was informed I would not be leaving the SHU._

Grievant
Signature: _A. B._____

Grievance Clerk: _____    Date: _____

**RECEIVED**
DEC 11 2019
ATTICA CORR. FACILITY
INMATE GRIEVANCE

Advisor Requested  ☑ YES  ☐ NO  Who: _____

Action requested by inmate: _I would like a new set of whites & to be removed from the SHU._

The Grievance has been formally resolved as follows:

_____
_____
_____
_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

76781.19

**Response of IGRC:** Grievance is DENIED.

Per Sgt. F...he did inform the grievant that 12/9/19 would be his last day in SHU, meaning he would be released from SHU on 12/10/19 and grievant was released from SHU on 12/10/19. Grievant elected to throw out his whites in the garbage by his own accord and there is a policy for replacement. Grievant can request for the items from state shop and if he is not due for an issue he can fill out a disbursement for voluntary restitution for the items he threw out.

Per Directive #4040 §701.5 (b)(2)(ii)(a) this grievance was heard in absentia because the grievant is in SHU/Long Term Keep Lock.

Date Returned to Inmate: DEC 1 8 2019    IGRC Members: _____

Chairperson: _____

Return within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Signed: _____
Grievant

_____
Date

_____
Grievance Clerk's Receipt

_____
Date

---

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent: _____
Date

Grievance forwarded to the Superintendent for action: _____
Date

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

# INMATE GRIEVANCE COMPLAINT

28
Keeplock time
incorrectly calculated

Grievance No.

**76458-19**

_Attica_ CORRECTIONAL FACILITY

Date: _10-31-19_

Name: _A. Burrell_    Dept. No.: _17B2999_   Housing Unit: _RB-CE-14_

Program: _____ AM _____ PM

***(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) _DSS White, erroneously Computated my_
_disciplinary sanctions. On 10-17-19, a disposition was rendered of 30 days keep lock_
_B etc., by H/o Ct. Ensel. I had no SHU time at the time this disposition was_
_imposed, therefore pursuant to Directive 4933; 301.6(C), I Completed this_
_disposition on 10-31-19. Yet, my record reflects a keeplock_ ~~release~~ ~~date~~ Start & Release
_date of 12-14-19 to 1-03-20. This is erroneously placed. On 10-22-19, inmate_
_recieved a Tier III report, that held me in the SHU Pre-Hearing Confinement._
See Page →

Grievant
Signature: _A. B. ll_

RECEIVED

Grievance Clerk: _____    Date: _____

NOV 0 4 2019

ATTICA CORR. FACILITY
INMATE GRIEVANCE

Advisor Requested ☐ YES ☐ NO   Who: _____

Action requested by inmate: _I ask- my 10-17-19 keeplock disposition, be satisfied._
_My 10-30-19 disposition, be accredited Pre-hearing Confinement from_
_10-22-19 to 10-30-19, and I recieve a copy of this Computation_

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

## INMATE GRIEVANCE COMPLAINT

*only 24 cell lights*

Grievance No. 76512-19

_Attica_ _____ CORRECTIONAL FACILITY

Date: _11-07-19_

Name: _A. Burrell_ _____ Dept. No.: _17B2994_   Housing Unit: _RB-CE-14_

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) _The SHU officers, Sgt. Fox, Roberts, McJury, Pezdek, & Ellis, Have turned the lights off in my cell & has increased the Water Pressure, to a point water sports from my sink into my wall. I have requested the cell night lights be turned on, until the power is turned on. This is stopping me from doing my legal work, reading books, praying, & writing letters._

Grievant
Signature: _A. B_ll_

~~RECEIVED~~

Grievance Clerk: _____   Date: _OCT 0 8 2019_

Advisor Requested   ☐ YES   ☐ NO   Who: _____   ATTICA CORR. FACILITY INMATE GRIEVANCE

Action requested by inmate: _I want the night lights turned on, until the standard power in the cell, to be turned on, so I can write & exercise use the 6th & 1st Amendment. The water pressure be turned down._

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____   Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

*Like*

| Grievance No. |
|---|
| 76450-19 |

_Attica_

CORRECTIONAL FACILITY

Name: _A. Burrell_          Date: _10-30-19_

Dept. No.: _17B2994_  Housing Unit: _RB-CE-14_

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)\***

Description of Problem: (Please make as brief as possible) _The SHU officer's are retaliating against me for filing a PREA complaint on Officer Pezdek, they actions are, but not limited too; Refusing me meals, Refusing me Showers, Refusing me Commissary, Threats of violence, threats of false misbehavior reports, Denial of Law library, Denial of Recreation, Denial of Supplies, removal of State issue clothing, & refusal to give me mail._

Grievant
Signature: _A. Bell_

**RECEIVED**

Grievance Clerk: _____

Advisor Requested  ☐ YES  ☐ NO   Who: _____

Date: _____

NOV 04 2019
ATTICA CORR. FACILITY
INMATE GRIEVANCE

Action requested by inmate: _I wish to be have the following SHU officers investigated for harassment Pursuant to CODE-49 of Directive 4040 & Screened for Alchol & Substances that are controlled. Sgt. Fox, Shelby, Snyder Skoczylas, Lee, Urban, Majorana, & Roberts,_

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____          Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
**\*** An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

*Sgt. threat*

Grievance No.

 76505-19

_Attica_ CORRECTIONAL FACILITY

Date: _10-31-19_

Name: _A. Burrell_          Dept. No.: _17B2994_   Housing Unit: _RB-CE-14_

Program: _____ AM _____ PM

### *(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)**

Description of Problem: (Please make as brief as possible) _Sgt Fox, told me if I did not drop my sexual assualt (Prea) complaint, against Officer Pezdek that he will put the Cell Sheild over my Cell door_

Grievant Signature: _A. B__

**RECEIVED**

Grievance Clerk: _____     Date: **NOV 06 2019**

ATTICA CORR. FACILITY
INMATE GRIEVANCE

Advisor Requested  ☑ YES  ☐ NO   Who: _____

Action requested by inmate: _I ask for this Sgt, to stop retailiating against me, & remove the Cell Shield._

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: _____     Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)      STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

*CODE-49  Harassment*                    Grievance No. *76504-19*

*Attica*                                    CORRECTIONAL FACILITY

Date: *10-31-19*

Name: *A. Burrell*          Dept. No.: *17B2994*  Housing Unit: *RB-CE-14*

Program: _____  AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) *Officer McLee, entered my cell on 10-30-19, & planted a sharp object that was plastic pointed. I informed the area Supervisor. My cell smelled of Alchol & a smoky Substance. I entered my cell after a hearing & noticed my cell in disaray. I immediately inspected the cell. I found a pointed object in the corner near my vent. This was an white object like a SHU toothbrush. Lee was the last person in my cell. I flushed this object, to not face a misbehavior report. I showed the Imam gasmalla, before I flushed it,*

Grievant
Signature: *A. Bell*

Grievance Clerk: _____  Date: _____

NOV 06 2019
ATTICA CORR. FACILITY
INMATE GRIEVANCE

Advisor Requested ☐YES ☐NO  Who: _____

Action requested by inmate: *I want officer Lee investigated & potentially prosecuted, he constantly harasses me, & a drug test, & a sobriety test, taken on this officer. Also Imam Gasmalla can testify I showed him the weapon, before I flushed it.*

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____  Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

22
Refused
medical
attention

| Grievance No. |
| --- |
| 76703-19 |

_Attica_ CORRECTIONAL FACILITY

Date: _11-30-19_

Name: _A. Burrell_     Dept. No.: _17B2994_     Housing Unit: _RB-CE-14_

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) _Nurse Sault refused me betichonion_
_for my anal wound, this nurse is asked to see the rash/wound, I_
_volunteer to show it to her, She refused. I then, asked for her name to_
_file a grievance, this nurse stated "we got your name too", This was in_
_a retaliatory nature, I asked 15 cell of (CE-) to retrieve the name for_
_me. Once Nurse Sault, was done with 15 cell med run, I asked 15 cell_
_for her name, He gave it to me. This nurse then began to accuse me of_
_interfering with a med run & I never spoke to her._

Grievant
Signature: _A. Burrell_

RECEIVED

Grievance Clerk: _____     Date: _____

DEC 0 8 2019

ATTICA CORR. FAC.

Advisor Requested ☐ YES ☐ NO   Who: _____ INMATE SEGREGATED

Action requested by inmate: _I would like this nurse investigated for_
_refusing me medical attention & for threatening me._

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____     Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

16.

## INMATE GRIEVANCE COMPLAINT

*Code 22 Neurological Review*

| | Grievance No. |
|---|---|
| | **0186-20** |

_Attica_ _____ CORRECTIONAL FACILITY

Date: _02-03-20_

Name: _A. Birrell_     Dept. No.: _17B 2994_  Housing Unit: _02-03-20_

Program: _____ AM _____ PM

*(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)\**

Description of Problem: (Please make as brief as possible) _The Doctor who examined me, has refused to submit a neurological review/ diagnoses for my lower back, stipulating physical therapy, I have no reason to take physical therapy for sciatic nerve damage, this physical therapy stipulation is an impediment._

Grievant Signature: _A. B. _____

Grievance Clerk: _____   Date: _____

**RECEIVED**

FEB 0 4 2020

ATTICA CORR. FACILITY
INMATE GRIEVANCE

Advisor Requested  ☐ YES  ☐ NO   Who: _____

Action requested by inmate: _I request to been seen by a neurologist for my back_

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____   Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

\* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

0186-20

FORM 2131E (REVERSE) (9/12)

**Response of IGRC:** Grievance is DENIED.

Grievant was seen and assessed by a provider on 1/27/2020 for complaints of lower back pain. Grievant is scheduled for physical therapy for an evaluation and treatment.

Per Directive #4040 §701.5 (b)(2)(ii)(a) this grievance was heard in absentia because the grievant is in SHU/Long Term Keep Lock.

Date Returned to Inmate: FEB 0 7 2020          IGRC Members: _____

Chairperson: _____

Return within 7 calendar days and check appropriate boxes.*

[ ] I disagree with IGRC response and wish to appeal to Superintendent.

[ ] I agree with the IGRC response and wish to appeal to the Superintendent.

[ ] I have reviewed deadlocked responses. Pass-Thru to Superintendent.

[ ] I apply to the IGP Supervisor for review of dismissal.

Signed: _____          _____
Grievant                                      Date

_____          _____
Grievance Clerk's Receipt                  Date

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent: _____
Date

Grievance forwarded to the Superintendent for action: _____
Date

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)        STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

*Cell 24 cell lights*        *(11)*

Grievance No. | **76512-19**

_Attica_ _____ CORRECTIONAL FACILITY

Date: _11-07-19_

Name: _A. Berrell_        Dept. No.: _17B2994_        Housing Unit: _RBFCE-14_

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)\***

Description of Problem: (Please make as brief as possible) _The SHU officers, Sgt. Fox, Roberts, McJury, Pezdek, & Ellis, Have turned the lights off in my cell & has increased the water Pressure, to a Point water Sports from my sink into my wall. I have requested the cell night lights be turned on, until the Power is turned on. This is stopping me from doing my legal work, reading books, Praying, & writing letters._

Grievant Signature: _A. Bell_        **RECEIVED**

Grievance Clerk: _____        Date: **OCT 0 8 2019**

Advisor Requested ☐ YES ☐ NO    Who: _____    ATTICA CORR. FACILITY

Action requested by inmate: _I want the night lights turned on until the_ **INMATE GRIEVANCE** _Standard Power in the cell, to be turned on, So I Can write & exercise Use the 6th & 1st Amendment. The Water Pressure be turned down._

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: _____        Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

\* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

76512-19

FORM 2131E (REVERSE) (9/12)

**Response of IGRC:**   Grievance is DENIED.

Per Sgt. F...grievants lights were out because another inmate on the 3rd floor east gallery damaged a breaker by lighting a wick. Once maintenance fixed the breaker the lights were turned back on. Water pressure was not increased by staff as all the cells are provided water from one pipe.

Per Directive #4040 §701.5 (b)(2)(ii)(a) this grievance was heard in absentia because grievant was in the SHU/Long Term Keep Lock.

NOV 2 2 2019

Date Returned to Inmate: _____         IGRC Members: _____ C. R___ SGT_

Chairperson: _____         _A. Chiar___ , ORC_

_____

_____

Return within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ i apply to the IGP Supervisor for review of dismissal.

Signed: _____         _____
                        Grievant                                                            Date

_____         _____
          Grievance Clerk's Receipt                                              Date

_____

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent: _____
                                                                            Date

Grievance forwarded to the Superintendent for action: _____
                                                                                          Date

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

code
26    KL Sanctions

| Grievance No. |
| --- |
| 76820-19 |

_Attica_ _____ CORRECTIONAL FACILITY

Date: _12-16-19_

Name: _A. Burtell_          Dept. No.: _176294_   Housing Unit: _B-18-07_

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)\***

Description of Problem: (Please make as brief as possible) _I was imposed with a keeplock disposition_
_on 10-17-19, I was Pre-hearing Confined in the SHU on 10-15-19. Pursuant_
_to Directive 4933; 301.6 Keeplock Admission (e)" When keeplock Sanction is imposed & is_
_Served in a SHU cell, Service of the Sanction will be created at the rate of three days for every_
_two days served in the SHU Cell". Therefore I served my 80 day keeplock disposition, Prior_
_to any SHU disposition. On 10-30-19, I received a 45 SHU disposition. The Attica DSS_
_is unlawfully Confining me, & I was released from the SHU on 12-13-19, So I should have_
_a SHU release date of 12-17-19. My Sanctions are miscomputed._

Grievant
Signature: _A. Burtell_

RECEIVED

Grievance Clerk: _____   Date: _____ DEC 17 2019

Advisor Requested   ☐ YES   ☐ NO   Who: _____

ATTICA CORR. FACILITY
INMATE GRIEVANCE

Action requested by inmate: _I write request to be released from keeplock_
_immediately, due to my disposition is erroneously, & this is unlawful_
_Confinement._

The Grievance has been formally resolved as follows:

_____
_____
_____
_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____   Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
\* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

Code 37 Outdated Food Items

Grievance No.
76618-19

Attica
CORRECTIONAL FACILITY

Date: 11-16-19

Name: A. Burrell          Dept. No.: 17B2994    Housing Unit: 2B-CE-14

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)\***

Description of Problem: (Please make as brief as possible) I have been receiving Kosher meals for the last 46 days in the SHU. The Apple Sauce, are Expired. Today, I informed C.O. Ellis the Expiration date was 08-11-19, that I would like a Fruit or Snack (Kosher), is substitute of this spoil items. This is a violation of my 1st Amendment (Religious Clause), 8th Amendment (Cruel & Unusal Punishment Clause).

Grievant
Signature: A. B.

RECEIVED
NOV 19 2019
ATTICA CORR. FACILITY
INMATE GRIEVANCE

Grievance Clerk: _____    Date: _____

Advisor Requested ☑ YES ☐ NO    Who: _____

Action requested by inmate: I would like Fresh Fruits, & Valid Apple Sauce, & for the SHU to Provide Such items..

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
\* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

*coll 22* Shoulder Pain

| Grievance No. |
|---|
| **76329-19** |

_Attica_ _____    CORRECTIONAL FACILITY

Date: _10-09-19_

Name: _AKO Burrell_ _____    Dept. No.: _17B2994_  Housing Unit: _CE-14_

Program: _____    AM _____ PM

### *(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)\**

Description of Problem: (Please make as brief as possible) _The Doctor is refusing to examine my right Shoulder & the left wrist of my Body. The Doctor, was informed of my right Shoulder since 9-25-19, & I have no feeling in my left wrist, The Doctor, was informed by me of the Pain & Suffering that I am in. She said " Yeah, Whatever when I get to you, you'll be Alright, Your not dying you gonna make it." I'm in So much Pain I Can't Sleep, or move._

Grievant
Signature: _AKO Burrell_

**RECEIVED**

Grievance Clerk: _____    Date: _OCT 16 2019_

Advisor Requested  ☐ YES  ☐ NO  Who: _____

ATTICA CORR. FACILITY
INMATE GRIEVANCE

Action requested by inmate: _I would like to be treated by either NYSDOCS medical Staff or an Outside Hospital._

_____

The Grievance has been formally resolved as follows:

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
\* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

Code 4

| | Grievance No. |
|---|---|

_Attica_ _____ CORRECTIONAL FACILITY

Date: _11-15-19_

Name: _AKO Burrell_ _____ Dept. No.: _17B 2994_ Housing Unit: _RB-CE-14_

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) The SHU Supervisor & Staff, unlawfully Confined me, by not allowing me my Phone Call Pursuant to Correction Law 137(g). I was admitted to SHU 09-27-19, I did not receive a Phone Call until 11-08-19. The Correction Law 137(g) Statue went into effect Since 09-13-19, the Attica SHU, have not acknowledge this, & I informed them of this fact on numerous occassions, & they refused me the phone the whole month of October & my admission Call as well.

Grievant
Signature: _A. Bell_

**RECEIVED**

Grievance Clerk: _____ Date: _____ NOV 22 2019

Advisor Requested ☐ YES ☐ NO Who: _____

ATTICA CORR. FAC.
INMATE GRIEVANCE

Action requested by inmate: I would like this matter Investigated, as of why I was Confined outside of the Correction Law 137(g)

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)        STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

26
*unlawfully*
*Confined*

| Grievance No. |
| --- |
| **76496-19** |

_Attica_ _____ CORRECTIONAL FACILITY

Date: _11-05-19_

Name: _AKU R. Burrell_   Dept. No.: _17B2994_   Housing Unit: _RB-CE-14_

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) _I'm being Confined unlawful, my_
_ticket was expunged on 10-24-19, I had been Confined for 24 days_
_at that Point, Since my Expungement Sgt. Fox, Lee, Roberts, D.Ss White,_
_Noeth, Ridder, Shelby, & McClellen. Have been retaliating towards me_
_by refusing me rec, mail, Packages, legal mail, medical, & law Library Services._
_I have been Sanctioned to SHU unlawfully, by no Confinement Submission_
_being made, This is a Constant violation to my rights, They are_
_maliciously Confining me in the rec Yard, before the facility Count is clear & beyond 1 hour_

Grievant
Signature: _AKU Burrell_

Grievance Clerk: _____   Date: _NOV 06 2019_

**RECEIVED**

Advisor Requested ☑ YES ☐ NO   Who: _____

ATTICA CORR. FACILITY
INMATE GRIEVANCE

Action requested by inmate: _To have my mail Packages, legal mail, medical, rec,_
_& Law Library brought to me To have my Cell Shield removed, &_
_to be housed according to the Constitutional Conditions of_
_Confinement._

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____   Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

76496-19

FORM 2143 (REVERSE) (9/12)

**Response of IGRC:**   Grievance is DENIED.
Grievant received a Tier II Misbehavior Report which is still pending a disposition.
Per Directive #4040 §701.5 (b)(2)(ii)(a) this grievance was heard in absentia because grievant was in the SHU/Long Term Keep Lock.

Date Returned to Inmate: **NOV 0 8 2019**    IGRC Members: _____

Chairperson: _____

Return within 7 calendar days and check appropriate boxes.*

☑ I disagree with IGRC response and wish to appeal to Superintendent.

☐ I agree with IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Signed: _____      _____
                 Grievant                              Date

_____      _____
Grievance Clerk's Receipt                    Date

---

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent: _____
                                                                      Date

Grievance forwarded to the Superintendent for action: _____
                                                                                 Date

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)    STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

*Wants deprivation 24 order copies*

| | Grievance No. |
|---|---|
| | 76457-19 |

_Attica_

CORRECTIONAL FACILITY

Date: _11-1-19_

Name: _A. Burrell_     Dept. No.: _17B 2994_ Housing Unit: _RB-CE-14_

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) _The SHU Supervisors, refuse_
_to Furnish the Deprivation order, & Cell Shield order._
_They had 24 hours to Furnish this document, & have_
_yet to do it,_

Grievant
Signature: _A. Bell_

RECEIVED

Grievance Clerk: _____    Date: _____

NOV 04 2019

Advisor Requested  ☐YES  ☐NO    Who: _____

ATTICA CORR. FACILITY

Action requested by inmate: _I would like Copies_ INMATE GRIEVANCE PROG.
_order, & Cell Shield order,_

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

40
Denied forms

| Grievance No. |
| :---: |
| **76661-19** |

_____ Attica _____ CORRECTIONAL FACILITY

Date: 11-22-19

Name: A. Burrell    Dept. No.: 17B2994    Housing Unit: RB-CE-14

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible)  I have requested Exhibit Forms
A-Z from the law libary, The Clerk has informed me they do not
exist, which I know this to be untrue, the General Population
has these documents, So I ask for these to Fill my motion to
the Courts.

Grievant
Signature: A. Bull

RECEIVED

Grievance Clerk: _____ Date: _____

NOV 25 2019

Advisor Requested   ☑ YES   ☐ NO   Who: _____

ATTICA CORR. FACILITY
INMATE GRIEVANCE

Action requested by inmate: I Would like Copies of Exhibit A-Z Forms.

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

Code 57 Outdated Food Items

**Grievance No.** 76618-19

Attica _____ CORRECTIONAL FACILITY

Date: 11-16-19

Name: A. Burrell    Dept. No.: 17B 2994    Housing Unit: 2-B-CE-14

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) I have been receiving Kosher meals, for the last 46 days in the Shu. The Apple Sauce, are Expired To day, I informed C.O. Ellis the Expiration date was 08-11-19, that I would like a Fruit or Snack (Kosher), is substitute of this spoil items. This is a violation of my 1st Amendment (Religious Clause); 8th Amendment (Cruel & Unusal Punishment Clause).

Grievant Signature: A. B____

**RECEIVED**
NOV 19 2019
ATTICA CORR. FACILITY
INMATE GRIEVANCE

Grievance Clerk: _____    Date: _____

Advisor Requested ☑YES ☐NO   Who: _____

Action requested by inmate: I would like fresh Fruits, & Valid Apple Sauce, & for the Shu to Provide Such items..

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

76618-19

FORM 2131E (REVERSE) (9/12)

**Response of IGRC:**  Grievance is **ACCEPTED.**
    Staff have been instructed to check all expiration dates as a corrective action.
    Per Directive #4040 §701.5 (b)(2)(ii)(a) this grievance was heard in absentia because grievant was in the SHU/Long Term Keep Lock.

NOV 2 2 2019

Date Returned to Inmate: _____

IGRC Members: _____ SbT.

Chairperson _____

_____ , ORC

_____

_____

Return within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Signed: _____
Grievant

_____
Date

_____
Grievance Clerk's Receipt

_____
Date

---

***To be completed by Grievance Clerk.***

Grievance Appealed to the Superintendent: _____
Date

Grievance forwarded to the Superintendent for action: _____
Date

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)　　　STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

*30*
*Denied*
*Pendant*

*Attica*

| Grievance No. |
|---|
| 76658-19 |

_____ CORRECTIONAL FACILITY

Date: 11-22-19

Name: A. Burrell　　　　Dept. No.: 17B2994　　Housing Unit: RS-CE-14

Program: _____　AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) Sgt. Fox, D95 White, & the Pkg. room
are refusing me my religious Pendant, mailed from Sunshine Jewlery,

_____

_____

_____

_____

Grievant
Signature: A. Burrell

**RECEIVED**

Grievance Clerk: _____　　Date: _____

NOV 2 5 2019
ATTICA CORR. FACILITY
INMATE GRIEVANCE

Advisor Requested ☐ YES　☐ NO　Who: _____

Action requested by inmate: _____ I would like my religious Pendant or have it
Placed in my Personal Property.

_____

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____　Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

## INMATE GRIEVANCE COMPLAINT

*26*
*Unlawfully.*
*Confined*

| Grievance No. |
|---|
| **76496-19** |

*Attica*
_____ CORRECTIONAL FACILITY

Date: _11-05-19_

Name: _AKO K. Burnell_     Dept. No.: _17B2994_  Housing Unit: _RB-CE-14_

Program: _____ AM _____ PM

### *(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)*\*

Description of Problem: (Please make as brief as possible) _I'm being Confined unlawful, my ticket was expunged on 10-24-19. I had been Confined for 24 days at that point. Since my Expungement Sgt. Fox, Lee, Roberts, N.S.S. white, Neeth, Ridden, Shelby, & Mccllen. Have been retaliating towards me, by refusing me rec, mail, Packages, legal Mail, medical, & Law Library Services. I have been Sanctioned to SHU unlawfully, by no Confinement submission being made. This is a constant violation to my rights. They are maliciously Confining me in the rec yard, before the facility Counts opens & beyond 1 hour._

Grievant
Signature: _AKO Burnell_

**RECEIVED**

Grievance Clerk: _____     Date: _NOV 06 2019_

Advisor Requested  ☒YES  ☐NO  Who: _____

ATTICA CORR. FACILITY
INMATE GRIEVANCE

Action requested by inmate: _To have my mail, Packages, legal mail, medical, rec & Law Library brought to me. To have my cell Shield removed, & to be [illegible] housed according to the Constitutional Conditions of Confinement._

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____     Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

\* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (9/12)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**INMATE GRIEVANCE COMPLAINT**

28
*Keeplock time*
*incorrectly calculated*

| Grievance No. |
| --- |
| 76458-19 |

*Attica*
_____ CORRECTIONAL FACILITY

Date: *10-31-19*

Name: *A. Burrell*          Dept. No.: *1762994*  Housing Unit: *RB-CE-14*

Program: _____ AM _____ PM

***(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) *DSS White erroneously computated my*
*disciplinary Sanctions. On 10-17-19, a disposition was rendered of 30 days keeplock*
*& etc., by H/O Lt. Ensel, I had no SHU time at the time this disposition was*
*imposed; therefore pursuant to Directive 4933; 301.6(c), I completed this*
*disposition on 10-31-19. Yet, my record reflects a keeplock* Start & release
*release date*
*date of 12-14-19 to 1-03-20. This is erroneously placed. On 10-22-19, inmate*
*recieved a Tier III report, that held me in the SHU Pre-Hearing Confinement.*
See Page →

Grievant
Signature: *A. B.*                                    **RECEIVED**

Grievance Clerk: _____          Date: _____
NOV 0 4 2019
ATTICA CORR. FACILITY
INMATE GRIEVANCE

Advisor Requested  ☑ YES  ☐ NO  Who: _____

Action requested by inmate: *I ask- my 10-17-19 keeplock disposition, be satisfied,*
*my 10-30-19 disposition, be accredited Pre-hearing confinement from*
*10-22-19 to 10-30-19, and I receive a copy of this computation*

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____  Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

76458-19

FORM 2131E (REVERSE) (9/12)

**Response of IGRC:** Grievance is DISMISSED AND CLOSED.

Per Directive #4040 §701.5 (b)(4)(i)(c)(2) The IGRC may dismiss and close a grievance after a hearing if it determines, by majority vote (3 of 4) that the grievant is seeking a decision or an appeal of a decision otherwise attainable through the established procedures for disciplinary and time allowance committee proceedings.

Per Directive #4040 §701.5 (b)(2)(ii)(a) this grievance was heard in absentia because grievant was in the SHU/Long Term Keeplock

Action requested by grievant is not an available remedy through the Inmate Grievance Program. Grievant must write to the disciplinary officer.

Date Returned to Inmate: NOV 0 8 2019        IGRC Members: _____

Chairperson: _____

Return within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Signed: _____        _____
        Grievant                              Date

_____        _____
Grievance Clerk's Receipt              Date

---

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent: _____
                                              Date

Grievance forwarded to the Superintendent for action: _____
                                                          Date

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

On, 10-30-19, the disposition was rendered, again erroneously, failing to calculate, my Pre-hearing confinement, from 10-22-19, up until 10-30-19. This, disposition, was rendered after my 10-17-19 disposition and my Keeplock disposition was complete at this time. Yet, the record reflects inaccurately. Lastly, my disposition doesn't reflect that 10-30-19 disposition at all, nor does any of my dispositions reflect. So, DSS White, has made a error in the terms of my confinement, & it may be unlawful, if my Due-Process right is violated.

FORM 2131E (9/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

*Like*

| Grievance No. |
| 76658-19 |

Attica _____ CORRECTIONAL FACILITY

Date: 11-20-19

Name: A. Bell

Dept. No.: 17B2994  Housing Unit: RB-CE-14

Program: _____ AM _____ PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) Inmate had a religious Pendant mailed to the Facility, Pursuant to DOC Dir 4911, 4202, & 4200 & the U.S. 1st Amdt to the Constitution. Sgt. Fox, & the Pkg room are denying my Cross Pendant be placed in my Personal Property to be with the I.R.C.

Grievant
Signature: A. Bell

**RECEIVED**

NOV 25 2019

Grievance Clerk: _____    Date: _____

ATTICA CORR. FACILITY
INMATE GRIEVANCE

Advisor Requested  ☐ YES  ☐ NO  Who: _____

Action requested by inmate: I ask my religious Pendant be placed in my Personal Property or Given to me while in the SHU.

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature: _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

H. BURRELL #17B2994

ACF, P.O. Box 149

(OC RB·CE- 14

Date: 10-24-19


I GRC

RE: Grievance

To whom it concern,
                    I write, because Sgt. Synder Place me on a
Deprivation of Shower's, in retialiation of me filing a PREA comptaint
on Officer Pezdek. Sgt. Synder, Failed to Provide Good Cause why I
was placed on this oder.


          Resolution: I would like the Deprivation order for my
Showers to be lifted. I also would like any form of
retialiation to be resisted by this Sgt. Snyder.

A. Burrell #17B3994
ACF., P.O. Box 149
LOC: RB-CE-14
Date: 10-24-19

I GRC

RE: Grievance

To Whom it Concerns,
                On 10-23-19 C.O. Pasdek sexually assaulted me.
During a Pat Frisk leaving my cell he swiped my Penis & anus. Then, while
I was in the shower he watched me exit & dry my body. I notice
a huge bugle in his private area as he licked his lips in a sexual manner.
Upon, walking back to my cell he slammed me against the wall & groped
my buttocks causing a ~~step~~ split in my rectum area.

Resolution: I would like this to be investigated. I also wish
to Press Criminal Charges, & have medical & mental health
treatment.

# Exhibit



C

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. A-76496-19 | | DATE FILED 11/6/19 |
|---|---|---|---|
| | FACILITY Attica Correctional Facility | | POLICY DESIGNATION Institutional |
| **INMATE GRIEVANCE PROGRAM** **SUPERINTENDENT** | TITLE OF GRIEVANCE Unlawfully Confined | | CLASS CODE 26 |
| | SUPERINTENDENT'S SIGNATURE _ft Cllh FDS_ | | DATE 12/17/19 |
| GRIEVANT Burrell, A. | | DIN 17R2994 | HOUSING UNIT RB-CE-014 |

Grievance Denied Based Upon Information Provided:

The investigation into this matter shows that the grievant is complaining that he is being unlawfully confined. Upon review of the documentation provided, there has been no evidence submitted to substantiate any malfeasance by staff. The grievant was not unlawfully confined as he received a Tier 2 misbehavior report for an incident on 10/22/19 in which he was found guilty and received sanctions that included 45 days SHU and 45 days loss of packages, commissary and phones. Additionally, the grievant was issued a Tier 2 misbehavior report for an incident on 10/30/19 in which he was found guilty and received sanctions that included 10 days keeplock, 10 days loss of package, commissary and phones. Additionally, the grievant was given 20 days keeplock, loss of packages, commissary and phones suspended until 2/6/20. As such, this grievance is without merit and denied.

**APPEAL STATEMENT**
If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.*  Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

| | |
|---|---|
| _____ | _____ |
| GRIEVANT'S SIGNATURE | DATE |
| _____ | _____ |
| GRIEVANCE CLERK'S SIGNATURE | DATE |

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

| NEW YORK STATE | Corrections and Community Supervision | GRIEVANCE NO.<br>A-76457-19 | DATE FILED<br>11/4/19 |
|---|---|---|---|
| | | FACILITY<br>Attica Correctional Facility | POLICY DESIGNATION<br>Institutional |
| **INMATE GRIEVANCE PROGRAM**<br><br>**SUPERINTENDENT** | | TITLE OF GRIEVANCE<br>Wants Deprivation Order Copies | CLASS CODE<br>24 |
| | | SUPERINTENDENT'S SIGNATURE | DATE 11/20/19 |
| GRIEVANT<br>BURRELL, A | | DIN<br>17B2994 | HOUSING UNIT<br>RB-CE-14 |

The grievant states that he wants copies of the deprivation orders he has been sanctioned with.

Per investigation, Sgt. F. states grievant was provided with copies of the deprivation orders placed on him.

Based on the investigation, this grievance appeal is granted.

---

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

| GRIEVANT'S SIGNATURE | DATE |
| GRIEVANCE CLERK'S SIGNATURE | DATE |

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. A-76457-19 | | DATE FILED 11/4/19 |
|---|---|---|---|
| | FACILITY Attica Correctional Facility | | POLICY DESIGNATION Institutional |
| **INMATE GRIEVANCE PROGRAM** **SUPERINTENDENT** | TITLE OF GRIEVANCE Wants Deprivation Order Copies | | CLASS CODE 24 |
| | SUPERINTENDENT'S SIGNATURE *T. Collins FPS* | | DATE 11/20/19 |
| GRIEVANT BURRELL, A | DIN 17B2994 | | HOUSING UNIT RB-CE-14 |

The grievant states that he wants copies of the deprivation orders he has been sanctioned with.

Per investigation, Sgt. F. states grievant was provided with copies of the deprivation orders placed on him.

Based on the investigation, this grievance appeal is granted.

---

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

| GRIEVANT'S SIGNATURE | DATE |
|---|---|
| GRIEVANCE CLERK'S SIGNATURE | DATE |

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. A-76450-19 | | DATE FILED 11/1/19 |
|---|---|---|---|
| | FACILITY Attica Correctional Facility | | POLICY DESIGNATION Institutional |
| INMATE GRIEVANCE PROGRAM SUPERINTENDENT | TITLE OF GRIEVANCE Retaliation For Complaint | | CLASS CODE 49 |
| | SUPERINTENDENT'S SIGNATURE *Ciulla* F/S | | DATE 11/26/19 |
| GRIEVANT Burrell, A. | | DIN 17B2994 | HOUSING UNIT RB-CE-014 |

Grievance Denied Based Upon Information Provided:

The investigation into this matter shows that the grievant is complaining that he was denied a shower in retaliation for filing a PREA complaint. Upon review of the documentation provided, there has been no evidence submitted to substantiate any malfeasance by staff. Lt. B... interviewed the grievant who had nothing further to add nor provided any witnesses to substantiate his claim. Sgt. S... provided a statement denying the grievant's allegation. The grievant was placed on shower deprivation for not following escort procedures. The grievant is advised that an employee's appropriate performance of his duties and the enforcement of the rules and regulations are not to be construed as harassment. As such, this grievance is without merit and denied.

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

| _____ | | _____ |
| GRIEVANT'S SIGNATURE | | DATE |
| _____ | | _____ |
| GRIEVANCE CLERK'S SIGNATURE | | DATE |

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO.<br>A-76505-19 | DATE FILED<br>11/6/19 |
|---|---|---|
| | FACILITY<br>Attica Correctional Facility | POLICY DESIGNATION<br>Institutional |
| **INMATE GRIEVANCE PROGRAM**<br><br>**SUPERINTENDENT** | TITLE OF GRIEVANCE<br>Sgt. Threat | CLASS CODE<br>49 |
| | SUPERINTENDENT'S SIGNATURE<br>*Lt Culb FW3* | DATE<br>*11/26/19* |
| GRIEVANT<br>BURRELL, A | DIN<br>17B2994 | HOUSING UNIT<br>RB-CE-14 |

The grievant asserts that Sgt. F... threatened that if he did not drop his previous complaint and allegations against CO P. that a cell shield would be placed over his cell door.

Lt. W.... conducted an investigation in regard to the grievant's allegations.  The grievant was interviewed 11/12/19.  He had nothing to add to his written complaint and did not provide any witnesses to support his allegations.  He stated he would only provide additional information to OSI.

Sgt. F... was interviewed and provided a written statement denying the allegations of threatening the grievant.  The cell shield order was put in place per department guidelines.

Based on the investigation, there is no evidence to substantiate the grievant's allegations of malfeasance by staff.  The grievance is denied.

---

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

---

---

---

| | |
|---|---|
| GRIEVANT'S SIGNATURE | DATE |

| | |
|---|---|
| GRIEVANCE CLERK'S SIGNATURE | DATE |

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. A-76329-19 | | DATE FILED 10/16/19 |
|---|---|---|---|
| | FACILITY Attica Correctional Facility | | POLICY DESIGNATION Institutional |
| **INMATE GRIEVANCE PROGRAM** **SUPERINTENDENT** | TITLE OF GRIEVANCE Shoulder Pain | | CLASS CODE 22 |
| | SUPERINTENDENT'S SIGNATURE *[signature]* | | DATE 10/31/19 |
| GRIEVANT      BURRELL, A | | DIN 17B2994 | HOUSING UNIT RB-CE-14 |

The grievant states that he has not received proper medical attention for shoulder and wrist pain.

Per investigation, NA M. states grievant was seen on numerous dates in sick call and complained of shoulder pain from an old injury. An x-ray was completed, and a PT referral was ordered. He was seen for a follow up appointment and additional testing was ordered. Consistent with Health Services Policy Manual Item #1.43 - Specialty Care Referrals, the Facility Health Services Directors (FHSD) have the sole responsibility for providing treatment to the inmates under their care.

Based on the investigation, this grievance appeal is denied.

---

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

_____          _____
GRIEVANT'S SIGNATURE                                        DATE

_____          _____
GRIEVANCE CLERK'S SIGNATURE                          DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)



| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO.  A-76450-19 | DATE FILED  11/1/19 |
|---|---|---|
| | FACILITY  Attica Correctional Facility | POLICY DESIGNATION  Institutional |
| **INMATE GRIEVANCE PROGRAM** | TITLE OF GRIEVANCE  Retaliation For Complaint | CLASS CODE  49 |
| **SUPERINTENDENT** | SUPERINTENDENT'S SIGNATURE | DATE  11/26/19 |
| GRIEVANT  Burrell, A. | DIN  17B2994 | HOUSING UNIT  RB-CE-014 |

Grievance Denied Based Upon Information Provided:

The investigation into this matter shows that the grievant is complaining that he was denied a shower in retaliation for filing a PREA complaint. Upon review of the documentation provided, there has been no evidence submitted to substantiate any malfeasance by staff. Lt. B... interviewed the grievant who had nothing further to add nor provided any witnesses to substantiate his claim. Sgt. S... provided a statement denying the grievant's allegation. The grievant was placed on shower deprivation for not following escort procedures. The grievant is advised that an employee's appropriate performance of his duties and the enforcement of the rules and regulations are not to be construed as harassment. As such, this grievance is without merit and denied.

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

| | |
|---|---|
| GRIEVANT'S SIGNATURE | DATE |
| GRIEVANCE CLERK'S SIGNATURE | DATE |

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

Burrell    &7 B2994

| | | Grievance Number | Desig./Code | Date Filed |
|---|---|---|---|---|
| **NEW YORK STATE** | **Corrections and Community Supervision** | A-76504-19 | I/49 | 11/06/19 |
| | | Associated Cases | | Hearing Date |
| ANDREW M. CUOMO _Governor_ | ANTHONY J. ANNUCCI _Acting Commissioner_ | | | 04/15/20 |
| | | Facility  Attica Correctional Facility | | |
| **INMATE GRIEVANCE PROGRAM** **CENTRAL OFFICE REVIEW COMMITTEE** | | Title of Grievance  Harassment | | |

## GRIEVANT'S REQUEST UNANIMOUSLY DENIED

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby denied.

CORC notes that the grievant's cell was frisked on 10/30/19 at 1:25 PM by CO L… and the contraband receipt indicates that disallowed items were disposed of and that no damage was done to his property. CO L… denies planting a sharp object in the grievant's cell or smelling like smoke and alcohol, and states that the cell frisk was authorized by the area supervisor. In addition, Imam G… states that he did witness the grievant flush something down the toilet but did not see the object as alleged. Further, area Sgt. E… states that he conducted rounds on the unit at approximately 6:46 PM on that date and the grievant did not inform him of any concerns. CORC also notes that the grievant was issued a Tier II MBR on 10/30/19 for interference and false information which was affirmed upon appeal by Lt. W… on 11/19/19. CORC asserts that an employee's appropriate performance of their duties and enforcement of the rules and regulations should not be construed as harassment.

CORC asserts that the grievance program is not intended to support an adversary process.

With regard to the grievant's appeal, CORC has not been presented with sufficient evidence of malfeasance by staff and notes that he has since been transferred. CORC advises him to address security concerns with supervisory staff at the time of the incident for the most expeditious means of resolution.

TAB/

---

---

This document has been electronically signed by Shelley M. Mallozzi

# Exhibit



D

Burrell   17B2194

| NEW YORK STATE | Corrections and Community Supervision | Grievance Number A-76505-19 | Desig./Code I/49 | Date Filed 11/06/19 |
|---|---|---|---|---|
| | | Associated Cases | | Hearing Date 02/26/20 |
| ANDREW M. CUOMO Governor    ANTHONY J. ANNUCCI Acting Commissioner | | Facility Attica Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM CENTRAL OFFICE REVIEW COMMITTEE | | Title of Grievance Sergeant Threat | | |

## GRIEVANT'S REQUEST UNANIMOUSLY DENIED AS WITHOUT MERIT

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby denied as without merit. CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that Sergeant F... denies threatening the grievant with a cell shield order for a complaint he submitted against an officer, and states that the grievant was placed on a cell shield order for refusing to return cell feed-up items.

With respect to the grievant's appeal, CORC notes that he did not name any witnesses in his written complaint and refused to name any when he was interviewed by Lieutenant W.... CORC has not been presented with sufficient evidence to substantiate retaliation or malfeasance by staff.

MPS/

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

This document has been electronically signed by Annemarie McGrath

Burrell   MB2994     Clinton   UH-11-10

| NEW YORK STATE<br>Corrections and<br>Community Supervision | Grievance Number<br>A-76512-19 | Desig./Code<br>I/24 | Date Filed<br>11/08/19 |
|---|---|---|---|
| | Associated Cases | | Hearing Date<br>03/11/20 |
| ANDREW M. CUOMO<br>Governor    ANTHONY J. ANNUCCI<br>Acting Commissioner | Facility<br>Attica Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance<br>Cell Lights | | |

## GRIEVANT'S REQUEST UNANIMOUSLY DENIED FOR MOOTNESS

Upon full hearing of the facts and circumstances in the instant case, the grievant's action requested is hereby denied, as CORC considers the issue moot.

CORC notes that Directive #4040, § 701.3 requires that "An inmate must be personally affected by the policy or issue he or she is grieving, or must show that he or she will be personally affected by that policy or issue unless some relief is granted or changes made."

CORC notes that the grievant was transferred on 2/28/20. Due to this change in circumstances, the grievant is no longer personally affected by the issues raised in the instant complaint.

Accordingly, the matter is now closed.

SMM/

---
---

This document has been electronically signed by Shelley M. Mallozzi

# Exhibit



NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
THE HARRIMAN STATE CAMPUS - BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y.  12226-2050

ANTHONY J. ANNUCCI
ACTING COMMISSIONER

JAMES O'GORMAN
DEPUTY COMMISSIONER
CORRECTIONAL FACILIT

REVIEW OF SUPERINTENDENT'S HEARING

NAME:  BURRELL, AKO

NO.  17B2994

HEARING FACILITY:  ATTICA

ON BEHALF OF THE COMMISSIONER AND IN RESPONSE TO YOUR RECENT

LETTER OF APPEAL, PLEASE BE ADVISED THAT YOUR SUPERINTENDENT'S HEARING OF

OCTOBER 18, 2019,   HAS BEEN REVIEWED AND REVERSED ON OCTOBER 24, 2019.

_____ D. VENETIOZZI _____
DIRECTOR, SPECIAL HOUSING/
INMATE DISCIPLINARY PROGRAM

CC: FACILITY SUPERINTENDENT
    CENTRAL OFFICE FILES

APPEAL DECISION RENDERED PURSUANT TO SECTION 254.8 OF CHAPTER V AND
ELECTRONICALLY PRODUCED UPON THE AUTHORITY OF THE DIRECTOR OF SPECIAL
HOUSING/INMATE DISCIPLINE PROGRAM.

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
THE HARRIMAN STATE CAMPUS - BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y. 12226-2050

ANTHONY J. ANNUCCI                          JAMES O'GORMAN
ACTING COMMISSIONER                         DEPUTY COMMISSIONER
                                            CORRECTIONAL FACILITIES


M E M O R A N D U M


TO:    SUPERINTENDENT JOSEPH H NOETH
       ATTICA CORRECTIONAL FACILITY

FROM:  DONALD VENETTOZZI, DIRECTOR
       SPECIAL HOUSING/INMATE DISCIPLINE

DATE:  OCTOBER 24, 2019

RE:    REVERSAL OF SUPERINTENDENT'S HEARING/EXPUNCTION ORDER


       INMATE/NUMBER          DATE OF HEARING          DATE OF INCIDENT

       BURRELL, AKO           OCTOBER 18, 2019         SEPTEMBER 25, 2019
       #17B2994               BY AISP MCCULLOCH, T
                              @ ATTICA C.F.
                              TAPE #: 19-1915


       THE ABOVE-NOTED SUPERINTENDENT'S HEARING HAS BEEN REVERSED ON
OCTOBER 24, 2019,  FOR THE FOLLOWING REASON(S):

            HEARING OFFICER INAPPROPRIATELY DENIED REQUESTED INMATE WITNESS
            WHO MAY HAVE PROVIDED RELEVANT TESTIMONY.


-----------------------------------------------------------------------
       RECORDS CONTAINING REFERENCES TO THE ABOVE-NOTED SUPERINTENDENT'S
HEARING ARE TO BE EXPUNGED.

       PLEASE OBTAIN ALL AVAILABLE RECORDS WITHIN 14 DAYS OF RECEIPT OF THIS
MEMORANDUM. AFTER ACCUMULATING SUCH RECORDS, PLEASE FORWARD THEM FOLLOWING
ESTABLISHED PROCEDURES.

       DO NOT SEND TAPES - RETAIN ON FILE AND MARK AS EXPUNGED.

       IF THE RECORDS ARE NOT AVAILABLE AT YOUR FACILITY, PLEASE ADVISE THIS
OFFICE AS SOON AS POSSIBLE.

CC: I.R.C., ATTICA C.F.
    EXPUNGEMENT FILE

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## WITNESS INTERVIEW NOTICE (For Superintendent's & Disciplinary Hearings)

_____ ATTICA _____ Correctional Facility

_____ Burrell _____         17B2994
**Inmate Name (Print)**              DIN

An inmate may call witnesses on his or her behalf provided their testimony is material, is not redundant, and doing so does not jeopardize institutional safety or correctional goals.

If permission to call a witness is denied, or of a requested witness testifies outside the presence of the inmate charged and/or if the inmate is not permitted to review the testimony of a witness, the reason for such determination must be recorded on this form and copies given to the inmate by the hearing officer and included in the hearing record.

Reference: Directive #4932, Sections 253.5 and 254.5.

Presley 14B1539
**Requested witness:** _____

☒ Permission to call the requested witness is denied.
☐ Requested witness will testify outside inmate's presence.
☐ Inmate is not permitted to review requested witness's testimony.

Date: 10-18-19    Explanation: Denied Due To Requested witness being Involved In This Incident and Its Violent Nature and To Ensure The Safety of Staff and Inmates And To Ensure The Security of This Facility. Also, This Inmates Testimony would be Redundant To Testimony Requested of Sgt Baker, The Report and Memorandum written, The Injury Report From The Facility Hospital and The Requested Video.

*************************************************************

**Requested witness:** _____

☐ Permission to call the requested witness is denied.
☐ Requested witness will testify outside inmate's presence.
☐ Inmate is not permitted to review requested witness's testimony.

Date: _____    Explanation: _____

_____
_____
_____
_____

*************************************************************

**Requested witness:** _____

☐ Permission to call the requested witness is denied.
☐ Requested witness will testify outside inmate's presence.
☐ Inmate is not permitted to review requested witness's testimony.

Date: _____    Explanation: _____

_____
_____
_____
_____

*************************************************************

**Signature** _____
    Hearing Officer         Inmate         DIN         Date Received

Distribution: Original - Hearing Record    Copy - Inmate

# Exhibit



F

FORM 2171B (10/14)
Side 2

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

_Attica_ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Burrell | 17B29941 | C E-14 |

| 2. LOCATION OF INCIDENT ♦ Lugar DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| Reception Building 3rd Floor East Gallery | 10-30-19 | Approximtly 8:10 pm |

3. RULE VIOLATIONS ♦ VIOLACIÓN/ES

(104.13) Creat Disturbance

(107.10) Interference

107.20 False Information

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE

On the above date and approximate time while conducing a security pans on the east gallery, reception building 3rd floor I C.O. Lee was stopped by inmate Burrell 17B29941 who locks in C E 14 cell. Inmate Burrell told me he was havng chest pans. I reported this to the hall captan and he called medical. When the nurse came to see inmate Burrell myself and C.O. Urban went to get him from his cell to be examined by the nurse, inmate Burrell told us he never said he had chest pains and refused to exit his cell to be seen by the medical staff. Inmate Burrell's false statment interfere with the security pans and disturbed the operation of the medical staff. Area supervisor was notified, no further incident to report at this time

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10-30-19 | M. Lee  CC. | | C O. |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)      SIGNATURES:

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)      FIRMAS:   1. _D____ D. Urban_

2. _____      3. _____

**NOTE:  Fold back Page 2 on dotted line before completing below.**

DATE AND TIME SERVED UPON INMATE   **OCT 3 1 2019**   1100am   NAME AND TITLE OF SERVER   C.O. J. Vorholzer

FECHA HORA DADO AL RECLUSO      NOMBRE y TÍTULO DEL QUE ENTREGA

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o la información derivada de ella en una demanda criminal.

### NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un cargo formal el cual se considerará y determinará en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals. ♦ Se le permitirá al recluso llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución o los objetivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si está restringido pendiente a una audiencia por este informe de mal compartamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia por que haga una declaración acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.

# Exhibit



FORM 2187 (3/17)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
ATTICA _____ Correctional Facility

### DEPRIVATION ORDER

INMATES NAME: _____ Burrell _____    DIN: 17B2994    CELL LOCATION: _____ RB-CE-14 _____

In accordance with 7 NYCRR Section 305.2, on this date of _____ 10/22/2019 _____ you are being deprived of the following
specific item(s), privilege(s) or service(s): _____ Shower _____

because it is determined that a threat to the safety or security of staff, inmates, or State property exists and for the following
specific reason(s):
On 10/22/19 during the shower program, you did not follow shower procedures causing a U.O.F.(19-0158)

Recommended by: _____ , Sergeant    Authorized by: A/DSI R-mith , Date: 10-22-19

| Daily Review | Date | Cell # | Reason(s) for continuing this order (based on current evaluation) |
|---|---|---|---|
| DAY 2 | 10/4 | CE-14 | Refused to follow SHU shower policy resulting in this order |
| | | | Recommended by (Sgt): _____ Authorized by: _____ , R-mith ADSI |
| DAY 3 | 10/28 | | refused to follow SHU shower policy resulting in this order |
| | | | Recommended by (Sgt): R-Fox _____ Authorized by: _____ |
| DAY 4 | 10/29 | | refused to follow shu shower policy resulting in this order |
| | | | Recommended by (Sgt): R-Fox _____ Authorized by: _____ , R-WH-Pe ADSI |
| DAY 5 | 10/31 | | refused to follow SHU shower policy resulting in this order |
| | | | Recommended by (Sgt): J Farris Sgt Authorized by: A/DSI R-mith |
| DAY 6 | 11/2 | | Refused to Follow SHU shower policy resulting in this order |
| | | | Recommended by (Sgt): _____ Nowicki Authorized by: _____ |
| DAY 7 | 11/5 | | You refused to follow shu shower policy, delaying the shower program |
| | | | Recommended by (Sgt): R-Fox _____ Authorized by: _____ , SWH-Pe ADSI |

*After seven (7) days, deprivation orders will be reviewed and can be renewed by the Superintendent.*

**SUPERINTENDENTS REVIEW:**

COMMENTS: _____

RENEW: ☐ YES ☑ NO    SIGNATURE: _____ DATE: 11/6/19

| NOTICE TO INMATE: |
|---|
| You may write the Deputy Superintendent for Security or his designee to make a statement on the need for continuing this deprivation order. |

Notes:    Upon signature (authorization) copy and deliver to the inmate.
For any deprivation order issued pursuant to § 305.2(e), the appropriate OMH form must be attached as soon as possible upon
completion by the approving clinical professional

CC: Superintendent, Office of Mental Health (caseload inmates), SHU Sergeant Housing Unit, Guidance Unit, Inmate

## CELL SHIELD ORDER - SHU

_____Attica_____ Correctional Facility

| INMATE'S NAME | DIN | CELL LOCATION |
|---|---|---|
| Burrell | 17B2994 | CE-14 |

In accordance with 7 NYCRR Section 305.6, you are being placed under a cell shield order

from _____10/30/2019_____ to _____11/1/2019_____
         (starting date)            (ending date)

for the following reason(s):

On 10/30/19 you refused to return feed-up items consisting of 2 cups, spork and cereal container.

> Notice:
> You may write to the Deputy Superintendent for Security or his or her designee to make a statement on the need for continuing this cell shield order.

Recommended by: _____R. Fox_____ , Sergeant

Authorized by; _____A/DS) R. _____     _____10-30-19_____
              DSS, OD or Higher Ranking Authority        Date

Dist:  Original - Superintendent
      Copy - Inmate
      Copy - SHU Sergeant

FORM 2188 R (3/17)

# CELL SHIELD ORDER - SHU - RENEWAL

_____Attica_____ Correctional Facility

| INMATE'S NAME | DIN | CELL LOCATION |
|---|---|---|
| Burrell | 17B2994 | CE-14 |

In accordance with 7 NYCRR Section 305.6, you were placed under a cell shield order

on _____10/30/2019_____
          (original order date)

This order has been reevaluated and a decision has been made to renew the order

from ____11/8/2019____ to ____11/15/2019____
          (starting date)              (ending date)

for the following reason(s):
On 10/30/19 you refused to return feed-up items consisting of 2 cups, spork and cereal container.

---

Notice:
You may write to the Deputy Superintendent for Security or his or her designee to make a statement on the need for continuing this cell shield order.

---

Recommended by: _N Masillo_____, Sergeant

Authorized by; ___DISCONTINUE 11/8/19_____
                                 Superintendent/OD                              Date

Dist:   Original - Superintendent
        Copy - Inmate
        Copy - SHU Sergeant

FORM 2188 R (3/17)                CELL SHIELD ORDER - SHU - RENEWAL

_____Attica_____    Correctional Facility

| INMATE'S NAME | DIN | CELL LOCATION |
|---|---|---|
| Burrell | 17B2994 | CE-14 |

In accordance with 7 NYCRR Section 305.6, you were placed under a cell shield order

on        _____10/30/2019_____
                    (original order date)

This order has been reevaluated and a decision has been made to renew the order

from     _____11/1/2019_____    to    _____11/8/2019_____
                    (starting date)                          (ending date)

for the following reason(s):
On 10/30/19 you refused to return feed-up items consisting of 2 cups, spork and cereal container.

> Notice:
> You may write to the Deputy Superintendent for Security or his or
> her designee to make a statement on the need for continuing this
> cell shield order.

Recommended by: _____R. Fox_____, Sergeant

Authorized by; _____L. Cill act Sgt_____    __11/1/19__
                              Superintendent/OD                              Date

Dist:   Original - Superintendent
          Copy - Inmate
          Copy - SHU Sergeant

# Exhibit



FORM #2077 (REV. 11/16)

## NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

### CELL FRISK/CONTRABAND RECEIPT

_Attica_ **CORRECTIONAL FACILITY**

Original – Inmate
Copy    - DSS

Date: _10-30-19_    Frisk Start Time: _1:15 pm_    Frisk End Time: _125 pm_

Inmate Name: _Burrell_    DIN: _7132994_    CELL/CUBE/ROOM: _C-E-14_

Officer Conducting Search: _McLose    C7223_    _(signature)_

**Print Name Legibly**    **Badge #**    **Signature**

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| 2 cups | On locker | Disposed |
| 1 Long Sleeve shirt | on locker | w |
| 1 Cereal Container + spoon | in cabinet | Trash |
| | | |
| | | |

_✓_ NO CONTRABAND FOUND    _ne_ NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INMATE:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: _____    SINK/TOILET: _____

AIR VENT: _____    WINDOW CHECKED/INTACT: _____

CEILING: _____    WALLS: _____

BARS: _____    MISC: _____

IN ADDITION: THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): _____
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.)
INMATE ID MATCHES CURRENT APPEARANCE (Checked ID to inmate's current appearance, if the inmate was present for the search.) _____

Comments: _____

_____

FORM #2077 (REV. 11/16)

## NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

### CELL FRISK/CONTRABAND RECEIPT

ATTICA CORRECTIONAL FACILITY

| Original – Inmate |
|---|
| Copy     - DSS |

Date: 11-1-19          Frisk Start Time: 1133 AM  Frisk End Time: 1135 AM

Inmate Name: Burell          DIN: 17R2994 CELL/CUBE/ROOM: C6-11

Officer Conducting Search: D Roberge     32068     Bto

Print Name Legibly          Badge #        Signature

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| 1 Long Sleeve State Green Shirt | In cell | Disposed |
|  |  |  |
|  |  |  |
|  |  |  |

_____NO CONTRABAND FOUND          _____ NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INMATE:** **YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.**

**NOTE:** **DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:**

FLOORS: _____          SINK/TOILET: _____

AIR VENT: _____          WINDOW CHECKED/INTACT: _____

CEILING: _____          WALLS: _____

BARS: _____          MISC: _____

IN ADDITION: THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): _____
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) _____
INMATE ID MATCHES CURRENT APPEARANCE (Checked ID to inmate's current appearance, if the inmate was present for the search.) _____

Comments: _____
_____
_____

M 2171B (10/14)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION          III

_Attica_ Correctional Facility

# INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Burrell | 17B2994 | CE-14 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| C- East Gallery | 10-22-19 | 4:22 pm |

3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES

106.10 Direct order
104.11 Violent Conduct
104.13 Create Disturbance

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE

On the above date and approximate time, I co Skocrylss and co Pozdek were escorting inmate burrell 17B2994 back to his cell from the shower. Inmate burrell was given an order to keep his head strait. He refused to comply with the order and violently turned toward co Pozdek creating a disturbance on the gallery. Inmate burrell was then forced against the wall by co Pozdek and myself. Inmate burrell was then escorted off the Gallery and into the frisk room to be seen by medical with no further incident.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10-22-19 | Skocrylss | | CO |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)     SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)     FIRMAS: 1. _____ CO.
2. _____     3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

DATE AND TIME SERVED UPON INMATE __OCT 2 4 2019__     NAME AND TITLE OF SERVER
FECHA HORA DADO AL RECLUSO     NOMBRE Y TÍTULO DEL QUE ENTREGA

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o la información derivada de ella en una demanda criminal.

## NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un carge formal el cual se considerará y determinará en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals. ♦ Se le permitirá al recluso llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución o los objetivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si está restringido pendiente a una audiencia por este informe de mal compartamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaración acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.



# Exhibit

I



**NEW YORK STATE** | **Corrections and Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

# M E M O R A N D U M

TO:          **Burrell, Ako, 17B2994 (29-05)**

FROM:       CAPTAIN R. MITCHELL

DATE:       January 9, 2020

RE:          EXPUNGEMENT OF A TIER III HEARING

---

      Per Mr. D. Venettozzi, Director of Special Housing/Inmate Disciplinary Program, your Tier III hearing held on OCTOBER 30, 2019  by CAPT D. HODGES at Attica Correctional Facility has been reviewed and reversed.

      All references will be removed from your record.

RM/cq

c.      Deputy Superintendent for Security
        Inmate Records
        Block Hall Captain
        Program Office
        PK Office
        Commissary*
        Package Room*
        Visiting Room*
        Front Gate*

* Copy only if it pertains to that specific area

---

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
THE HARRIMAN STATE CAMPUS - BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y.  12226-2050

ANTHONY J. ANNUCCI                              JAMES O'GORMAN
ACTING COMMISSIONER                             DEPUTY COMMISSIONER
                                                CORRECTIONAL FACILITIES

REVIEW OF SUPERINTENDENT'S HEARING

NAME:  BURRELL, AKO                    NO.  17B2994

HEARING FACILITY:  ATTICA

ON BEHALF OF THE COMMISSIONER AND IN RESPONSE TO YOUR RECENT

LETTER OF APPEAL, PLEASE BE ADVISED THAT YOUR SUPERINTENDENT'S HEARING OF

OCTOBER 30, 2019,   HAS BEEN REVIEWED AND REVERSED ON JANUARY 7, 2020.

D. VENETTOZZI
DIRECTOR, SPECIAL HOUSING/
INMATE DISCIPLINARY PROGRAM

CC: FACILITY SUPERINTENDENT
    CENTRAL OFFICE FILES

APPEAL DECISION RENDERED PURSUANT TO SECTION 254.8 OF CHAPTER V AND
ELECTRONICALLY PRODUCED UPON THE AUTHORITY OF THE DIRECTOR OF SPECIAL
HOUSING/INMATE DISCIPLINE PROGRAM.

EXHIBIT J

```
12/04/19        SDCP007        DISCIPLINARY SYSTEM       *FPMS*        PAGE 001
                               ATTICA GENERAL

                             INMATE CURRENT SANCTIONS

     17B2994    BURRELL, AKO                        LOCATION: RB-CE-014


     PENALTY                    LENGTH     START      RELEASE
     -------                    ------     -----      -------

     SPECIAL HOUSING UNIT       0   45   10/30/19   12/14/19
     KEEPLOCK                   0   20   12/14/19    1/03/20
     KEEPLOCK                   0   10    1/03/20    1/13/20

     LOSS OF PACKAGES           0   20    3/06/20    3/26/20
     LOSS OF PACKAGES           0   45    3/26/20    5/10/20
     LOSS OF PACKAGES           0   10    5/10/20    5/20/20

     LOSS OF COMMISSARY         0   20    3/06/20    3/26/20
     LOSS OF COMMISSARY         0   45    3/26/20    5/10/20
     LOSS OF COMMISSARY         0   10    5/10/20    5/20/20

     LOSS OF PHONE              0   20    3/06/20    3/26/20
     LOSS OF PHONE              0   45    3/26/20    5/10/20
     LOSS OF PHONE              0   10    5/10/20    5/20/20
```

```
***SUCCESSFUL PRINT COMPLETION***
```

JS 44  (Rev. 10/20)

# CIVIL COVER SHEET

**22 CV 506 ✓**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Ako K. Burrell #17B2994

**(b)** County of Residence of First Listed Plaintiff   Franklin
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

## DEFENDANTS

Joseph Noeth, Superintendent of ACIF

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government
  Plaintiff
- [x] 3  Federal Question
  *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government
  Defendant
- [ ] 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                         *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane     365 Personal Injury - | 690 Other | 423 Withdrawal | 376 Qui Tam (31 USC |
| 130 Miller Act | 315 Airplane Product     Product Liability | | 28 USC 157 | 3729(a)) |
| 140 Negotiable Instrument | Liability     367 Health Care/ | | | 400 State Reapportionment |
| 150 Recovery of Overpayment | 320 Assault, Libel &     Pharmaceutical | | **PROPERTY RIGHTS** | 410 Antitrust |
| & Enforcement of Judgment | Slander     Personal Injury | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 330 Federal Employers'     Product Liability | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted | Liability     368 Asbestos Personal | | 835 Patent - Abbreviated | 460 Deportation |
| Student Loans | 340 Marine     Injury Product | | New Drug Application | 470 Racketeer Influenced and |
| (Excludes Veterans) | 345 Marine Product     Liability | | 840 Trademark | Corrupt Organizations |
| 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | | 880 Defend Trade Secrets | 480 Consumer Credit |
| of Veteran's Benefits | 350 Motor Vehicle     370 Other Fraud | | Act of 2016 | (15 USC 1681 or 1692) |
| 160 Stockholders' Suits | 355 Motor Vehicle     371 Truth in Lending | | | 485 Telephone Consumer |
| 190 Other Contract | Product Liability     380 Other Personal | **LABOR** | | Protection Act |
| 195 Contract Product Liability | 360 Other Personal     Property Damage | 710 Fair Labor Standards | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 196 Franchise | Injury     385 Property Damage | Act | 861 HIA (1395ff) | 850 Securities/Commodities/ |
| | 362 Personal Injury -     Product Liability | 720 Labor/Management | 862 Black Lung (923) | Exchange |
| | Medical Malpractice | Relations | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights   **Habeas Corpus:** | 751 Family and Medical | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting     463 Alien Detainee | Leave Act | | 895 Freedom of Information |
| 230 Rent Lease & Ejectment | 442 Employment     510 Motions to Vacate | 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| 240 Torts to Land | 443 Housing/     Sentence | 791 Employee Retirement | 870 Taxes (U.S. Plaintiff | 896 Arbitration |
| 245 Tort Product Liability | Accommodations   [x] 530 General | Income Security Act | or Defendant) | 899 Administrative Procedure |
| 290 All Other Real Property | 445 Amer. w/Disabilities -     535 Death Penalty | | 871 IRS—Third Party | Act/Review or Appeal of |
| | Employment   **Other:** | **IMMIGRATION** | 26 USC 7609 | Agency Decision |
| | 446 Amer. w/Disabilities -     540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of |
| | Other     550 Civil Rights | 465 Other Immigration | | State Statutes |
| | 448 Education     555 Prison Condition | Actions | | |
| | 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original
  Proceeding
- [ ] 2  Removed from
  State Court
- [ ] 3  Remanded from
  Appellate Court
- [ ] 4  Reinstated or
  Reopened
- [ ] 5  Transferred from
  Another District
  *(specify)*
- [ ] 6  Multidistrict
  Litigation -
  Transfer
- [ ] 8  Multidistrict
  Litigation -
  Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    [ ] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE  *LJV*   MAG. JUDGE _____

Upstate Correctional Facility
P.O. Box 2000
309 Bare Hill Road
Malone, NY 12953

AKO BURRELL # 17B2994

USDC - WDNY

JUN 2 9 2022

BUFFALO

United
West
Unite
68
BUH

Printed on Recycled Paper



Upstate

Correctional Facility

neopost
06/27/2022
US POSTAGE $009.10⁰

ZIP 12953
041L11251145

?

States. District Court

ern District of New York

d States Courthouse

Court Street

alo, NY 14202